

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2015

No. 04-15-00478-CV

**MOHICAN OIL & GAS, LLC** and MOG Producing, LP,
Appellants

v.

**CONOCO PHILLIPS COMPANY**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000390-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Julie Winston's extension of time to file the court reporter's record is this date NOTED. Time is extended to October 5, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Eric Stewart
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401-0781

Darin Lee Brooks
Gray Reed & McGraw, P.C.
1300 Post Oak Blvd Ste 2000
Houston, TX 77056-3014